IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| SCOTT A. THOMPSON, | ) | |
| Plaintiff, | ) | No. C 06-144-EJM |
| vs. | ) | ORDER |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's unresisted Motion for Substitution and to Dismiss, filed October 31, 2006. Granted.

Plaintiff initially filed this matter in the Iowa District Court for Linn County on September 25, 2006, seeking damages from the US Postal Service for its alleged failure to deliver certain goods.

On October 11, 2006, defendant removed the matter to this court pursuant to 28 USC §§1441 and 1442. Defendant seeks substitution of the United States for the United States Postal Service pursuant to 28 USC §2679, and seeks dismissal for failure to exhaust administrative remedies and for want of subject matter jurisdiction.

Upon application and for cause, the unresisted motion shall be granted. LR 7.1.f.

It is therefore

ORDERED

Granted.  The United States is substituted as defendant in this matter.

Dismissed.

December 18, 2006.

_____
Edward J. McManus, Judge
UNITED STATES DISTRICT COURT